UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21338-CV-HOEVELER/GARBER

YELENA E. MUCHNIK,

    Plaintiff,

v.

BCBG Max Azria Group, Inc.,
d/b/a BCBG Max Azria,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Motion for Dismissal with Prejudice, filed August 20, 2008. The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. This action is DISMISSED with prejudice, and this matter is CLOSED.

DONE AND ORDERED in chambers in Miami, Florida this 25 day of August 2008.

                                                  _____
                                                WILLIAM M. HOEVELER
                                                SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record